**KALAH A. PAISLEY**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT 59403**
**119 First Ave. N., Suite 300**
**Great Falls, MT  59401**
**Phone:    (406) 761-7715**
**Fax:       (406) 453-9973**
**E-mail:   kalah.paisley@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 25-84-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **OFFER OF PROOF** |
| **TREYSON LEE SHARP,** | |
| **Defendant.** | |

### THE CHARGE

The defendant, Treyson Lee Sharp, is charged by indictment with

involuntary manslaughter, in violation of 18 U.S.C. §§ 1153(a) and 1112(a), and

possession of an unregistered firearm, in violation of 26 U.S.C. §§ 5841, 5861(d).

1

## PLEA

Pursuant to a plea agreement under Federal Rule of Criminal Procedure 11(c)(1)(A) and (B), Sharp will enter a voluntary plea of guilty to involuntary manslaughter (count 1) and admit the criminal forfeiture. At the time of sentencing, if the Court accepts this plea agreement, the United States will move to dismiss count 2.

The United States presented the sole plea offer to the defendant in writing. The plea agreement entered by the parties and filed with the Court represents, in the government's view, the most favorable disposition of the case against the defendant. *See Missouri v. Frye*, 566 U.S. 134 (2012).

## ELEMENTS

The defendant will plead guilty because the defendant is in fact guilty of the charge contained in count 1 of the indictment.

In pleading guilty to count 1, the defendant acknowledges that:

**First**, the defendant committed an act that might produce death;

**Second**, the defendant acted with gross negligence, defined as wanton or reckless disregard for human life;

**Third,** the defendant's act was the proximate cause of the death of the victim. A proximate cause is one that played a substantial part in bringing

about the death, so that the death was the direct result or a reasonably probable consequence of the defendant's act;

**Fourth,** the killing was unlawful;

**Fifth,** the defendant either knew that such conduct was a threat to the lives of others or knew of circumstances that would reasonably cause the defendant to foresee that such conduct might be a threat to the lives of others;

**Sixth,** the defendant is an Indian person; and

**Seventh**, the offense was committed within the exterior boundaries of the Blackfeet Indian Reservation.

## PENALTY

The offense of involuntary manslaughter carries a maximum term of eight years of imprisonment, a $250,000 fine, three years of supervised release, and a $100 special assessment.

## ANTICIPATED EVIDENCE

If this case were tried in United States District Court, the United States would prove the following:

On the night of December 28, 2024, the defendant, Treyson Lee Sharp, invited his girlfriend 19-year-old Jane Doe to his family home for dinner. After dinner, they retired to his bedroom where Sharp showed Doe his Christmas

presents, including a pair of .357 revolvers. While playing with the firearms, the defendant pointed the revolver at Doe and discharged the firearm, striking Doe in the neck.

Sharp immediately yelled for help. Family members who were in the home responded. One called 911 and one rendered medical aid to Doe. Sharp was so hysterical he had to be removed from the room and was heard on the 911 call screaming for help. Doe died at the scene. Law enforcement responded to the home. In interviews with witnesses, they reported hearing Sharp and Doe laughing in the room immediately before hearing a single shot and then Sharp yelling for help.

Law enforcement recovered four firearms at the scene: two .357 revolvers, a .44 revolver, and a modified shotgun. Law enforcement located a bullet hole in Sharp's bedroom wall. Law enforcement recovered a spent projectile outside the house and found a brass casing in the wall. The casing was forensically matched to one of the recovered .357 revolvers. The cylinder of the fired revolver had six chambers: five were empty and one contained a spent casing.

In multiple interviews, Sharp told law enforcement that he and Doe were playing with the .357 revolvers, which he believed to be empty, when one went off. At first Sharp said that he had been taking it from Doe when it discharged but eventually reported to law enforcement that they were playing, "western" and he

4

was across the room when it happened. Sharp stated, "I didn't know it was loaded – none of my guns are ever loaded when I bring them in. I don't know what happened or how it got in there, but we were dueling, and I did it…I've done it before with friends… it went off, she went down…I didn't know it was in there." He said that he did not remember if his finger hit the trigger, but he did remember pulling the hammer back.

Sharp is an enrolled member of the Blackfeet Tribe. The offense occurred outside Browning, Montana, within the exterior boundaries of the Blackfeet Indian Reservation.

The United States would have presented this evidence through the testimony of law enforcement, forensic, and lay witnesses.

DATED this 12th of October 2025.

> KURT G. ALME
> United States Attorney
>
> */s/ Kalah A. Paisley*
> KALAH A. PAISLEY
> Assistant U.S. Attorney