IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TREYSON LEE SHARP,<br><br>Defendant. | CR 25-84-GF-WWM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture (Doc 30) pursuant to Federal Rule of Criminal Procedure 32.2(b). Defendant Treyson Lee Sharp has been adjudged guilty of Involuntary Manslaughter, in violation of 18 U.S.C. §§ 1153(a) and 1112(a). Defendant's guilty plea provides a factual basic and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, **IT IS ORDERED** that the motion is **GRANTED**:

**IT IS FURTHER ORDERED** that Treyson Lee Sharp's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

  a.    Kirici Silah Sanayi (KRC AV), model Citadel, .12 caliber shotgun,

S/N: CSBS-23KR5626;

b. Uberti, model 1873, .357 caliber revolver, S/N: K08671;

c. Uberti, model 1873, .357 caliber revolver, S/N: UZ3343;

d. Taurus, model Tracker, .44 caliber revolver, S/N: ACG985906; and

e. Any associated accessories and ammunition.

**IT IS FURTHER ORDERED** that the United States Marshals Service, the Bureau of Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

**IT IS FURTHER ORDERED** that the United States will provide written notice to all third parties with a potential legal interest in any of the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6), and to make its return to this Court that such action has been completed; and

**IT IS FURTHER ORDERED** that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 20th day of February, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE