# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TREYSON LEE SHARP,<br><br>Defendant. | CR 25-84-GF-WWM<br><br>FINAL ORDER OF FORFEITURE |

Before the Court is the United States of America's Motion for Final Order of Forfeiture (Doc. 46), pursuant to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2). The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and 21 U.S.C. § 881(a)(11). On February 20, 2026 (Doc. 32) a Preliminary Order of Forfeiture was entered by the Court. All known interested parties were provided an opportunity to respond and publication has been affected as required by 18 U.S.C.§ 982(b)(1) and Federal Rule of Criminal Procedure 32.2(b)(6). It appears that there is cause to issue a forfeiture order under 21 U.S.C. § 853 and 18 U.S.C. § 924(d).

Accordingly, **IT IS ORDERED** that the Motion for Final Order of Forfeiture (Doc. 46) is **GRANTED.**

**IT IS FURTHER ORDERED** that judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Kirici Silah Sanayi (KRC AV), model Citadel, .12 caliber shotgun, S/N: CSBS-23KR5626;

- Uberti, model 1873, .357 caliber revolver, S/N: K08671;

- Uberti, model 1873, .357 caliber revolver, S/N: UZ3343;

- Taurus, model Tracker, .44 caliber revolver, S/N: ACG985906; and

- Any associated accessories and ammunition.

**IT IS FURTHER ORDERED** that the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 27th day of April, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE

2